No. 76–1065.  McIntosh  v.  Anaheim  Union  High
School District et al., 430 U. S. 941;

No. 76–1089.  Margoles v. Johns et al., 430 U. S. 946;

No. 76–5940.  Cognato v. United States; 430 U. S. 956;

No. 76–6039.  Adams v. United States, 430 U. S. 957;

No. 76–6103.  Boulware v. Texas, 430 U. S. 959;

No. 76–6178.  O'Briain, aka O'Brien v. California, 430
U. S. 958;

No. 76–6274.  Tarkowski v. Bartlett et al., 430 U. S.
973; and

No. 76–6371.  Lamar et al. v. United States, 430 U. S.
959.  Petitions for rehearing denied.

No. 74–701.  Economy Finance Corp. et al. v. United
States, 420 U. S. 947.  Motion for leave to file second peti-
tion for rehearing denied.  Mr. Justice Stevens took no part
in the consideration or decision of this motion.

No. 76–927.  Rifkin v. United States, 429 U. S. 1098;
and

No. 76–5955.  Frazier v. United States, 429 U. S. 1078.
Motions for leave to file petitions for rehearing denied.

May 23, 1977

No. 76–889.  Maloney, Commissioner of Children and
Youth Services of Connecticut v. Lady Jane et al.  Ap-
peal from D. C. Conn.  Motion of appellees for leave to
proceed in forma pauperis granted.  Judgment affirmed.  ■

No. 76–1365.  Redmond v. Wheeler et al.  Appeal from
Ct. App. Ky. dismissed for want of jurisdiction.  Treating the
papers whereon the appeal was taken as a petition for writ of
certiorari, certiorari denied.